**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar Number 065211
428 J Street, Suite 350
Sacramento, CA  95814
Telephone: (916) 443-0217

Attorney for Petitioner
Stanley Green

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STANLEY GREEN, | ) | No. CIV. S-04-1835 MCE CMK P |
| | ) | |
| Petitioner | ) | |
| | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| YATES, et al | ) | |
| | ) | |
| Respondent. | ) | |

At the request of counsel, and for good cause shown,

**IT IS ORDERED THAT** the status conference heretofore set for June 22, 2005 at 10:00 AM is rescheduled for August 16, 2005, at 10:00 a.m., Redding, California.

DATED:   May 23, 2005.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1