**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar Number 065211
428 J Street, Suite 350
Sacramento, CA  95814
Telephone: (916) 443-0217

Attorney for Petitioner
Stanley Green

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY GREEN, | No. CIV. S-04-1835 MCE CMK P |
| Petitioner | |
| v. | ORDER |
| YATES, et al | |
| Respondent. | |

At the request of counsel, and for good cause shown,

**IT IS ORDERED THAT**

The status conference heretofore set for August 16, 2005 at

10:00 AM is rescheduled for October 11, 2005 at 10:00 AM,

in Redding California. The parties shall file a status memorandum

at least two weeks before the schedule status conference.

Dated:  August 10, 2005

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE