IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STANLEY GREEN,                           No. CIV S-04-1835-MCE-CMK

        Petitioner,

   vs.                                   <u>ORDER TO SHOW CAUSE</u>

JAMES YATES, et al.,

        Respondents.

_____/

        Petitioner, a state prisoner proceeding with appointed counsel and in forma pauperis, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 3, 2005, the court granted petitioner's motion for appointment of counsel and set a status conference in this case. On August 11, 2005, the court continued the date for the status conference to October 11, 2005, and directed the parties to each submit a status conference statements at least two weeks prior to the status conference. To date, no party has complied with that order. The status conference will, therefore, be vacated from the court's hearing calendar.

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The status conference set for October 11, 2005, at 10:00 a.m. before the undersigned in Redding, California, is vacated;

2. Within 30 days of the date of service of this order, the parties shall each show cause in writing why appropriate sanctions should not be imposed for failure to submit status conference statements pursuant to the court's orders; and

3. Further briefing on the merits of this petition is suspended pending resolution of this order to show cause.

DATED: October 5, 2005.

                                                        **CRAIG M. KELLISON**
                                                       UNITED STATES MAGISTRATE JUDGE