IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY GREEN, | No. CIV S-04-1835-MCE-CMK |
| Petitioner, | |
| vs. | <u>ORDER</u> |
| JAMES YATES, et al., | |
| Respondents. | |

      Petitioner, a state prisoner proceeding with appointed counsel and in forma pauperis, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 3, 2005, the court granted petitioner's motion for appointment of counsel and set a status conference in this case. On August 11, 2005, the court continued the date for the status conference to October 11, 2005, and directed the parties to each submit a status conference statements at least two weeks prior to the status conference. Following the parties' failure to file status report, the court vacated the October 11, 2005, status conference and ordered the parties to show cause within 30 days why appropriate sanctions should not be imposed.

/ / /

/ / /

1

1  The parties, through their respective counsel, have each filed responses to the
2 court's order to show cause setting forth excusable neglect for their failure to file status reports.
3 Good cause appearing therefor, the court's October 6, 2005, order to show cause is discharged.
4  As part of respondents' response to the court's order to show cause, respondents
5 offer their assessment of the status of this case.   Petitioner has not offered his assessment.
6 According to respondents, the petition appears to be timely, the entire record is available, all
7 claims have been exhausted in state court, and no discovery or evidentiary hearing are
8 anticipated.  Respondents will, therefore, be directed to file a response to the petition.  If
9 respondents file an answer to the petition, the answer shall be accompanied by any and all
10 transcripts or other documents relevant to the determination of the issues presented in the petition.
11 See Rule 5, Fed. R. Governing § 2254 Cases.
12  Accordingly, IT IS HEREBY ORDERED that:
13  1. The October 6, 2005, order to show cause is discharged;
14  2. Respondents shall file a response to petitioner's petition within 30 days
15 from the date of service of this order; and
16  3. Petitioner's traverse, if an answer is filed, or opposition, if a motion is filed
17 in response to the petition, is due within 30 days after service of respondents' answer or motion.

19 DATED:   October 17, 2005.

  _____
  **CRAIG M. KELLISON**
  UNITED STATES MAGISTRATE JUDGE

2