IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY GREEN, | No. CIV S-04-1835-MCE-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| JAMES YATES, et al., | |
| Respondents. | |
| _____/ | |

      Petitioner, a state prisoner proceeding with appointed counsel and in forma pauperis, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is respondents' motion to dismiss (Doc. 28), filed on February 6, 2006. Respondents' motion is based on the recent death of petitioner, which has been established to the court through documents attached to the motion. The death of the petitioner renders a habeas action moot. See Dove v. United States, 423 U.S. 325 (1976) (per curiam) (dismissing certiorari petition because petitioner had died). Therefore, dismissal is appropriate.

      Based on the foregoing, the undersigned recommends that this petition be dismissed.

/ / /

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days after being served with these findings and recommendations, any party may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED:  April 6, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE