IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STANLEY GREEN,                              No. 2:04-cv-1835-MCE-CMK-P

        Petitioner,

   v.                                      ORDER

JAMES YATES, ET AL.,

        Respondents.
_____/

    Petitioner, a state prisoner proceeding with appointed counsel and in forma pauperis, brings this Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

    On April 7, 2006, the magistrate judge filed Findings and Recommendations herein which were served on Petitioner and which contained notice to Petitioner that any Objections to the Findings and Recommendations were to be filed within ten (10) days.

1

Petitioner has not filed Objections to the Findings and Recommendations.

The Court has reviewed the file and finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed April 7, 2006, are adopted in full;

2. Respondent's Motion to Dismiss is granted;

3. This Petition is dismissed; and

4. The Clerk of the Court is directed to enter Judgment and close this file.

DATE: May 24, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2